# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK JAMES McNEELY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>R. CROTHERS, et al.,<br><br>　　　　　Defendants. | 1:11-cv-00911-AWI-GSA (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME TO FILE DISPOSITIVE MOTION<br><br>(Document# 26)<br><br>DEADLINE: MARCH 24, 2014 |

　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On February 20, 2014, defendants filed a motion to modify the scheduling order and extend time to file a dispositive motion.  The court finds good cause to grant Defendants an extension of time.  Therefore, good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　Defendants are granted an extension of time up to and including March 24, 2014, in which to file a dispositive motion.

IT IS SO ORDERED.

　　　Dated: __**February 21, 2014**__　　　　　　__/s/ Gary S. Austin__
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE